# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br>WILLIAM J COLBERT<br>   Debtor | Case No. 20-21989-CMB |
| FREEDOM MORTGAGE CORPORATION,<br>   Movant | Chapter 13<br><br>Hearing Date: January 27, 2021<br><br>Hearing Time: 10:00 am<br><br>Objection Date: January 4, 2021 |
| vs.<br>WILLIAM J COLBERT<br>   and<br>RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)<br>   Respondents | 11 U.S.C. §362 |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Relief from the Automatic Stay and the Notice of Hearing on the parties at the addresses shown below or on the attached list on December 17, 2020.

The types of service made on the parties were: Electronic Notification and First Class Mail.

Service by First Class Mail

WILLIAM J. COLBERT
7920 CENTER ROAD
ASHTABULA, OH 44004

KENNETH M. STEINBERG, ESQUIRE
STEIDL & STEINBERG
SUITE 2830 GULF TOWER.
707 GRANT STREET
PITTSBURGH, PA 15219

RONDA J WINNECOUR, BANKRUPTCY TRUSTEE
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

Service By Electronic Notification

KENNETH M. STEINBERG, ESQUIRE
STEIDL & STEINBERG
SUITE 2830 GULF TOWER.
707 GRANT STREET
PITTSBURGH, PA 15219
julie.steidl@steidl-steinberg.com

RONDA J WINNECOUR, BANKRUPTCY TRUSTEE
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
cmecf@chapter13trusteewdpa.com

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222
Ustp.region03@usdoj.gov

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

December 17, 2020

                                                   */s/ Mario Hanyon*
                                                   Mario Hanyon
                                                   (Bar No. 203993)
                                                   Attorney for Creditor
                                                   BROCK & SCOTT, PLLC
                                                   302 Fellowship Road, Ste 130
                                                   Mount Laurel, NJ 08054
                                                   Telephone:  844-856-6646 x4560
                                                   Facsimile:  704-369-0760
                                                   E-Mail:  pabkr@brockandscott.com