IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Bankruptcy No. 20-21989-CMB |
| William J. Colbert | | |
| Debtor | : | Chapter 13 |
| | | |
| Freedom Mortgage Corporation | : | Document No. 29 |
| Movant | : | Hearing Date & Time: |
| | | 01/27/21 @ 10:00 a.m. |
| | : | |
| v. | : | |
| Ronda J. Winnecour | : | |
| Respondent(s) | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
(MOTION FOR RELIEF FROM STAY DOCUMENT NUMBER 29)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from Stay filed on December 17, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Relief from Stay were to be filed and served no later than January 4, 2021.

It is hereby respectfully requested that the Order attached to the [Application/Motion] be entered by the Court.

EXECUTED ON: January 22, 2021

> */s/ Mario Hanyon*
> Mario Hanyon (Bar No. 203993)
> Attorney for Creditor
> BROCK & SCOTT, PLLC
> 302 Fellowship Road, Ste 130
> Mount Laurel, NJ 08054
> Telephone: 844-856-6646 x4560
> Facsimile: 704-369-0760
> E-Mail: pabkr@brockandscott.com

**PAWB Local Form 25 (07/13)**