## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Pittsburgh)

| | |
|---|---|
| IN RE:<br>WILLIAM J COLBERT<br>   Debtor | Case No. 20-21989-CMB |
| | Chapter 13 |
| FREEDOM MORTGAGE CORPORATION,<br><br>   Movant | Related to:  Document No. 29<br><br>**ENTERED BY DEFAULT** |
| vs.<br>WILLIAM J COLBERT<br>   and<br>RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)<br>   Respondents | |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

    **AND NOW**, this 26th day of  January    , 2021, upon Motion for Relief from the Automatic stay filed by FREEDOM MORTGAGE CORPORATION (Movant), it is:

    **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is granted with respect to premises, 5812 BROAD ST, SOUTH PARK, PENNSYLVANIA 15129, (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; XXXXXXXXXXXX

    XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

Carlota M. Böhm
glb

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
1/26/21 8:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 20-21989-CMB

William J. Colbert                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                           User: gamr                                    Page 1 of 2

Date Rcvd: Jan 26, 2021                   Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2021:**

**Recip ID              Recipient Name and Address**
db                     +  William J. Colbert, 7920 Center Road, Ashtabula, OH 44004-8838

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2021 at the address(es) listed below:**

**Name**                          **Email Address**

Brian Nicholas
                      on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com

Jerome B. Blank
                      on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

Kenneth M. Steinberg
                      on behalf of Debtor William J. Colbert julie.steidl@steidl-steinberg.com
                      kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.c
                      om;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Maria Miksich
                      on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com

Mario J. Hanyon
                      on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

District/off: 0315-2                          User: gamr                                    Page 2 of 2
Date Rcvd: Jan 26, 2021                       Form ID: pdf900                               Total Noticed: 1

Office of the United States Trustee
                          ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                          cmecf@chapter13trusteewdpa.com

S. James Wallace
                          on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 8