IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ALL CASES IN WHICH KENNETH M. ) | Misc. Docket No. 22-210 CMB |
| STEINBERG IS ATTORNEY OF RECORD ) | |
| WITH STEIDL AND STEINBERG, ) | |
| ) | re doc. No. 2 |
| KENNETH M. STEINBERG, ) | |
| CHRISTOPHER M. FRYE, ) | |
| LAUREN M. LAMB, and ) | |
| JULIE F. STEIDL, ) | |
| ) | |
| Movants ) | |

## ORDER OF COURT

**AND NOW** this  29th  day of  April , 2022 upon consideration of the *Omnibus Joint Motion to Withdraw the Appearance of Kenneth M. Steinberg and Enter the Appearances of Christopher M. Frye, Lauren M. Lamb, and Julie F. Steidl* ("Motion"), it is hereby ORDERED, ADJUSGED, and DECREED that:

1.   The Motion is GRANTED; and

2.   The appearance of Kenneth M. Steinberg, Esquire is WITHDRAWN on all cases pending before this Honorable Court on Exhibit A, Exhibit B, and Exhibit C attached to the Motion effective May 14, 2022; and

3.   The appearance of Christopher M. Frye, Esquire is ENTERED on all cases pending before this Honorable Court listed on **Exhibit A** attached to the Motion upon withdrawal of Kenneth M. Steinberg, Esquire; and

      4.      The appearance of Lauren M. Lamb, Esquire is ENTERED on all cases pending before this Honorable Court listed on **Exhibit B** attached to the Motion upon withdrawal of Kenneth M. Steinberg, Esquire; and

      5.      The appearance of Julie F. Steidl, Esquire is ENTERED on all cases pending before this Honorable Court listed on **Exhibit C** attached to the Motion upon withdrawal of Kenneth M. Steinberg, Esquire.

*[Signature: Carlota M. Böhm /dmk]*

FILED
4/29/22 9:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Honorable Carlota M. Bohm
Chief United States Bankruptcy Judge