IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **William J. Colbert,** | ) | **Case No. 20-21989-CMB** |
| Debtor(s) | ) | **Chapter 13** |
| | ) | |
| | ) | **Docket No.** |
| | ) | |
| **William J. Colbert,** | ) | |
| Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **No Respondent(s)** | ) | |
| | ) | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:
The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On August 11, 2020 at docket number 24, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post-Petition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

   Respectfully submitted,

January 29, 2025            /s/ Christopher M. Frye
DATE                        Christopher M. Frye, Esquire
                            Attorney for the Debtor(s)
                            STEIDL & STEINBERG
                            436 Seventh Avenue
                            Suite 322
                            Pittsburgh, PA  15219
                            (412) 391-8000
                            chris.frye@steidl-steinberg.com
                            PA I.D. No. 208402

**PAWB Local Form 24 (07/13)**