| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | William J. Colbert<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8396<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 20–21989–CMB | |

# Order of Discharge                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  William J. Colbert

3/18/25                                                                **By the court:** Carlota M Bohm
                                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21989-CMB |
| William J. Colbert | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 18, 2025 | Form ID: 3180W | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J. Colbert, 7920 Center Road, Ashtabula, OH 44004-8838 |
| cr | + | Freedom Mortgage Corporation, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mt. Laurel, NJ 08054, UNITED STATES 08054-1218 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Mar 19 2025 04:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2025 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Mar 19 2025 04:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2025 00:25:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Mar 19 2025 04:12:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15261149 | + | EDI: BANKAMER | Mar 19 2025 04:12:00 | Bank of America, Po Box 45144, Jacksonville, FL 32232-5144 |
| 15261150 | | EDI: BANKAMER | Mar 19 2025 04:12:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27420 |
| 15267035 | | EDI: BANKAMER | Mar 19 2025 04:12:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 15261152 | + | EDI: CAPITALONE.COM | Mar 19 2025 04:12:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15261151 | + | EDI: CAPITALONE.COM | Mar 19 2025 04:12:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15269668 | | Email/PDF: bncnotices@becket-lee.com | Mar 19 2025 00:41:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15261154 | + | EDI: CITICORP | Mar 19 2025 04:12:00 | Cbna, City Bank Corp/Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 15261153 | + | EDI: CITICORP | Mar 19 2025 04:12:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15261155 | + | EDI: JPMORGANCHASE | | |

Case 20-21989-CMB   Doc 57   Filed 03/20/25   Entered 03/21/25 00:31:13   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: 3180W | Total Noticed: 55 |

| | | | |
|---|---|---|---|
| | | Mar 19 2025 04:12:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15261158 | + EDI: JPMORGANCHASE | | |
| | | Mar 19 2025 04:12:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15284036 | EDI: CITICORP | | |
| | | Mar 19 2025 04:12:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15261162 | + EDI: CITICORP | | |
| | | Mar 19 2025 04:12:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15261161 | + EDI: CITICORP | | |
| | | Mar 19 2025 04:12:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15261165 | + EDI: WFNNB.COM | | |
| | | Mar 19 2025 04:12:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 15261166 | + EDI: WFNNB.COM | | |
| | | Mar 19 2025 04:12:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15261164 | + EDI: WFNNB.COM | | |
| | | Mar 19 2025 04:12:00 | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15261163 | + EDI: WFNNB.COM | | |
| | | Mar 19 2025 04:12:00 | Comenitycapital/Big Lot, Po Box 182120, Columbus, OH 43218-2120 |
| 15261167 | + EDI: WFNNB.COM | | |
| | | Mar 19 2025 04:12:00 | Comenitycapital/hlthip, Po Box 182120, Columbus, OH 43218-2120 |
| 15261168 | + EDI: WFNNB.COM | | |
| | | Mar 19 2025 04:12:00 | Comenitycapital/hlthip, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15285991 | + Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | Mar 19 2025 00:25:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., ATTN: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15268402 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | Mar 19 2025 00:24:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15261169 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | Mar 19 2025 00:24:00 | First Natl Bk Of Pa, 4220 Wm Penn Highw, Monroeville, PA 15146-2724 |
| 15261171 | + Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | Mar 19 2025 00:25:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 15261170 | + Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | Mar 19 2025 00:25:00 | Freedom Mortgage Corporation, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 15261172 | EDI: CITICORP | | |
| | | Mar 19 2025 04:12:00 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15266803 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | Mar 19 2025 00:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15261173 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Mar 19 2025 00:24:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15261175 | Email/Text: camanagement@mtb.com | | |
| | | Mar 19 2025 00:25:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15261174 | Email/Text: camanagement@mtb.com | | |
| | | Mar 19 2025 00:25:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 15261177 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Mar 19 2025 00:24:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15261176 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Mar 19 2025 00:24:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15284548 | EDI: PRA.COM | | |
| | | Mar 19 2025 04:12:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: 3180W | Total Noticed: 55 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15267623 | + | Email/Text: ebnpeoples@grblaw.com | Mar 19 2025 00:24:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15285302 |  | EDI: Q3G.COM | Mar 19 2025 04:12:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15261178 | + | EDI: CITICORP | Mar 19 2025 04:12:00 | Shell Card/Citi, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15261179 | + | EDI: CITICORP | Mar 19 2025 04:12:00 | Shell Card/Citi, Attn: Bankruptcy, Po Box 6406, Sioux Falls, SD 57117-6406 |
| 15261183 | + | EDI: SYNC | Mar 19 2025 04:12:00 | Syncb/PLCC, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 15261184 | + | EDI: SYNC | Mar 19 2025 04:12:00 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15261180 | + | EDI: SYNC | Mar 19 2025 04:12:00 | Syncb/car Care Midas, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15261181 | + | EDI: SYNC | Mar 19 2025 04:12:00 | Syncb/hhgreg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15261182 | + | EDI: SYNC | Mar 19 2025 04:12:00 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15261514 | ^ | MEBN | Mar 19 2025 00:17:36 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15261186 | + | EDI: SYNC | Mar 19 2025 04:12:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15261185 | + | EDI: SYNC | Mar 19 2025 04:12:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15261187 | + | EDI: SYNC | Mar 19 2025 04:12:00 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15261188 | + | EDI: SYNC | Mar 19 2025 04:12:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15261189 | + | EDI: CITICORP | Mar 19 2025 04:12:00 | Trac/CBCD/Citicorp, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15261190 | + | EDI: CITICORP | Mar 19 2025 04:12:00 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 15261192 | + | EDI: USAA.COM | Mar 19 2025 04:12:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 15261191 | + | EDI: USAA.COM | Mar 19 2025 04:12:00 | USAA Federal Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |

TOTAL: 55

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15261156 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15261157 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15261159 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15261160 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |

| | | |
|---|---|---|
| 15266847 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:

**Name**     **Email Address**

Christopher M. Frye
on behalf of Debtor William J. Colbert chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Denise Carlon
on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com

Jerome B. Blank
on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@pincuslaw.com brausch@pincuslaw.com

Maria Miksich
on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com

Mario J. Hanyon
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8