IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    WILLIAM J. COLBERT

        Debtor(s)

    Ronda J. Winnecour
        Movant
    vs.
    No Repondents.

Case No.:20-21989

Chapter 13

Related to: Document Nos. 52

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __18th__ day of __March__, 20__25__, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
3/18/25 10:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

Carlota M. Böhm   glb
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21989-CMB |
| William J. Colbert | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 53 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William J. Colbert, 7920 Center Road, Ashtabula, OH 44004-8838 |
| cr | + | Freedom Mortgage Corporation, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mt. Laurel, NJ 08054, UNITED STATES 08054-1218 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2025 00:40:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15261149 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 19 2025 00:24:00 | Bank of America, Po Box 45144, Jacksonville, FL 32232-5144 |
| 15261150 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 19 2025 00:24:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27420 |
| 15267035 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 19 2025 00:24:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 15261152 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2025 00:28:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15261151 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2025 00:29:20 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15269668 | | Email/PDF: bncnotices@becket-lee.com | Mar 19 2025 00:29:19 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15261154 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2025 00:41:15 | Cbna, City Bank Corp/Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 15261153 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2025 00:28:38 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15261155 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 19 2025 00:28:51 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15261158 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 19 2025 00:29:11 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15284036 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2025 00:28:38 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15261162 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2025 00:29:17 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15261161 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2025 00:29:17 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15261165 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 19 2025 00:25:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |

Case 20-21989-CMB    Doc 58    Filed 03/20/25    Entered 03/21/25 00:31:13    Desc Imaged
                                 Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 15261166 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 19 2025 00:25:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15261164 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 19 2025 00:25:00 | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15261163 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 19 2025 00:25:00 | Comenitycapital/Big Lot, Po Box 182120, Columbus, OH 43218-2120 |
| 15261167 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 19 2025 00:25:00 | Comenitycapital/hlthip, Po Box 182120, Columbus, OH 43218-2120 |
| 15261168 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 19 2025 00:25:00 | Comenitycapital/hlthip, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15285991 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 19 2025 00:25:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., ATTN: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 15268402 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 19 2025 00:24:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15261169 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 19 2025 00:24:00 | First Natl Bk Of Pa, 4220 Wm Penn Highw, Monroeville, PA 15146-2724 |
| 15261171 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 19 2025 00:25:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 15261170 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 19 2025 00:25:00 | Freedom Mortgage Corporation, 907 Pleasant Valley Ave, Mount Laurel, NJ 08054-1210 |
| 15261172 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2025 00:52:40 | Home Depot Credit Services, PO Box 9001010, Louisville, KY 40290-1010 |
| 15266803 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 19 2025 00:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15261173 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 19 2025 00:24:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15261175 | | Email/Text: camanagement@mtb.com | Mar 19 2025 00:25:00 | M&T Credit Services, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 15261174 | | Email/Text: camanagement@mtb.com | Mar 19 2025 00:25:00 | M&T Credit Services, Po Box 900, Millsboro, DE 19966 |
| 15261177 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 19 2025 00:24:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15261176 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 19 2025 00:24:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15284548 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2025 00:28:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15267623 | + | Email/Text: ebnpeoples@grblaw.com | Mar 19 2025 00:24:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15285302 | | Email/Text: bnc-quantum@quantum3group.com | Mar 19 2025 00:25:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15261178 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2025 00:40:02 | Shell Card/Citi, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15261179 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2025 00:52:25 | Shell Card/Citi, Attn: Bankruptcy, Po Box 6406, Sioux Falls, SD 57117-6406 |
| 15261183 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2025 00:28:51 | Syncb/PLCC, C/o Po Box 965024, Orlando, FL 32896-0001 |
| 15261184 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2025 00:28:38 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, |

Case 20-21989-CMB    Doc 58    Filed 03/20/25    Entered 03/21/25 00:31:13    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Orlando, FL 32896-5060 |
| 15261180 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2025 00:29:17 | Syncb/car Care Midas, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15261181 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2025 00:40:05 | Syncb/hhgreg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15261182 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2025 00:41:38 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15261514 | ^ | MEBN | Mar 19 2025 00:17:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15261186 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2025 00:28:30 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15261185 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2025 00:28:51 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15261187 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2025 00:29:11 | Synchrony Bank/Sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 15261188 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2025 00:40:09 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15261189 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2025 00:41:49 | Trac/CBCD/Citicorp, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15261190 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2025 00:29:17 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 15261192 | + | Email/Text: bkelectronicnotices@usaa.com | Mar 19 2025 00:24:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 15261191 | + | Email/Text: bkelectronicnotices@usaa.com | Mar 19 2025 00:24:00 | USAA Federal Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15261156 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15261157 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 15261159 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15261160 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15266847 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Mar 18, 2025 | Form ID: pdf900 | Total Noticed: 53 |

Date: Mar 20, 2025                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2025 at the address(es) listed below:**

**Name**                  **Email Address**

Christopher M. Frye
on behalf of Debtor William J. Colbert chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Denise Carlon
on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com

Jerome B. Blank
on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@pincuslaw.com brausch@pincuslaw.com

Maria Miksich
on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com

Mario J. Hanyon
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8